UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL MENDOZA GONZALES ) )<br>Petitioner, )<br>)<br>vs. )<br>)<br>DAVID L. RUNNELS, Warden, )<br>)<br>Respondents. )<br>_____ ) | Case No. EDCV 06-01207-MMM (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, <u>de</u> <u>novo</u>. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

1  IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2  Report and Recommendation; and (2) denying the Petition and dismissing this action
3  with prejudice.

5  DATED: October 30, 2009

HONORABLE MARGARET M. MORROW
United States District Judge

8  Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge