JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GABRIEL MENDOZA GONZALES, | ) Case No. EDCV 06-1207-MMM (OP) |
|---|---|
| Petitioner, | ) JUDGMENT |
| vs. | ) |
| DAVID L. RUNNELS, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: October 30, 2009

*Margaret M. Morrow*
HONORABLE MARGARET M. MORROW
United States District Judge